

Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print

GrantedPublicAccess Logoff MEGSTERCHI

**2216-CV17303 - SHURLONDA EASON V STONEWEG US, LLC ET AL (E-CASE)**

FV  File Viewer

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

Click here to eFile on Case    Click here to Respond to Selected Documents    Sort Date Entries: ◉ Descending ○ Ascending    Display Options: All Entries ▾

| | | |
|---|---|---|
| 08/23/2022 | ☐ | **Corporation Served** |
| | | Document ID - 22-SMCC-6664; Served To - VP MAPLE HILLS, LLC; Server - ; Served Date - 19-AUG-22; Served Time - 09:56:00; Service Type - Special Process Server; Reason Description - Served; Service Text - DELIVERED SUMMONS TO SUSAN FACCARO (ADMIN ASST) |
| | ☐ | **Corporation Served** |
| | | Document ID - 22-SMCC-6665; Served To - GREYSTAR MANAGEMENT SERVICES, LP; Server - ; Served Date - 19-AUG-22; Served Time - 09:00:00; Service Type - Special Process Server; Reason Description - Served; Service Text - LCW - B, LOVE (INTAKE SPECIALIST) |
| | ☐ | **Notice of Service** |
| | | 22-SMCC-6664; Electronic Filing Certificate of Service. |
| | ☐ | **Notice of Service** |
| | | 22-SMCC-6665; Electronic Filing Certificate of Service. |
| 08/22/2022 | ☐ | **Notice of Service** |
| | | Return of Service. |
| | | **Filed By:** LEAH MARIE MASON |
| | | **On Behalf Of:** SHURLONDA EASON |
| | ☐ | **Corporation Served** |
| | | Document ID - 22-SMOS-1119; Served To - STONEWEG US, LLC; Server - ; Served Date - 12-AUG-22; Served Time - 13:34:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - KEN HOWELL, REGISTERED AGENT |
| 08/05/2022 | ☐ | **Summons Issued-Circuit** |
| | | Document ID: 22-SMCC-6665, for GREYSTAR MANAGEMENT SERVICES, LP. |
| | ☐ | **Summons Issued-Circuit** |
| | | Document ID: 22-SMCC-6664, for VP MAPLE HILLS, LLC. |
| | ☐ | **Summons Issued-Circuit** |
| | | Document ID: 22-SMOS-1119, for STONEWEG US, LLC. |
| | ☐ | **Case Mgmt Conf Scheduled** |
| | | **Scheduled For:** 12/05/2022; 9:00 AM ; JOEL P FAHNESTOCK; Jackson - Kansas City |
| 07/29/2022 | ☐ | **Judge Assigned** |
| | ☐ | **Filing Info Sheet eFiling** |
| | | **Filed By:** LEAH MARIE MASON |
| | ☐ | **Note to Clerk eFiling** |
| | | **Filed By:** LEAH MARIE MASON |
| | ☐ | **Cert Serv Req Prod Docs Things** |
| | | Certificate of Service. |
| | | **Filed By:** LEAH MARIE MASON |
| | | **On Behalf Of:** SHURLONDA EASON |
| | ☐ | **Pet Filed in Circuit Ct** |
| | | Petition for Damages. |
| | | **Filed By:** LEAH MARIE MASON |

**2216-CV17303**

Electronically Filed - Jackson - Kansas City - July 29, 2022 - 09:26 AM

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY

| | |
|---|---|
| SHURLONDA EASON, ) | |
| 5220 Oak Leaf Drive, Apt. 12 ) | |
| Kansas City, Missouri 64129 ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. |
| vs. ) | |
| ) | Division No. |
| STONEWEG US, LLC d/b/a ) | |
| EASTWOOD CROSSINGS, ) | |
| **SERVE REGISTERED AGENT:** ) | |
| Cogency Global, Inc. ) | |
| 115 N. Calhoun Street, Suite 4 ) | |
| Tallahassee, Florida 32301 ) | |
| ) | |
| And ) | |
| ) | |
| VP MAPLE HILLS, LLC, ) | |
| **SERVE REGISTERED AGENT:** ) | |
| Cogency Global, Inc. ) | |
| 9666 Olive Blvd., Suite 690 ) | |
| St. Louis, Missouri 63132 ) | |
| ) | |
| And ) | |
| ) | |
| GREYSTAR MANAGEMENT SERVICES, LP, ) | |
| **SERVE REGISTERED AGENT:** ) | |
| C T Corporation System ) | |
| 120 S. Central Avenue ) | |
| Clayton, Missouri 63105 ) | |
| ) | |
| Defendants. ) | |

## PETITION FOR DAMAGES

COMES NOW Plaintiff, Shurlonda Eason, by and through her attorney of record, and for

her Petition for Damages against Defendants, sets forth, states, and avers as follows:

1. That Plaintiff is a resident of Jackson County, Missouri, residing at 5220 Oak

Leaf Drive, Apt. 12, Kansas City, Missouri 64129.

1

Electronically Filed - Jackson - Kansas City - July 29, 2022 - 09:26 AM

2.     That on or about January 5, 2021, and before and since that date, Defendant Stoneweg US, LLC ("Stoneweg"), a Delaware limited liability company, has owned, occupied, and/or had possession and control of the premises located at 7000 Crabapple Lane, Kansas City, Jackson County, Missouri 64129.  Defendant maintained that location as commercial real estate for the purpose of operating Eastwood Crossings as an apartment complex on said date, and before and since that date.  That Defendant Stoneweg may be served by serving its registered agent, Cogency Global, Inc. located at 115 N. Calhoun Street, Suite 4, Tallahassee, Florida 32301.

3.     That on or about January 5, 2021, and before and since that date, Defendant VP Maple Hills, LLC ("Maple Hills"), a Delaware limited liability company, has owned, occupied, and/or had possession and control of the premises located at 7000 Crabapple Lane, Kansas City, Jackson County, Missouri 64129.  Defendant maintained that location as commercial real estate for the purpose of operating Eastwood Crossings as an apartment complex on said date, and before and since that date.    That Defendant Maple Hills may be served by serving its registered agent, Cogency Global, Inc. located at 9666 Olive Boulevard, Suite 690, St. Louis, Missouri 63132.

4.     That on or about January 5, 2021, and before and since that date, Defendant Greystar Management Services, LP ("Greystar"), a Delaware limited partnership, has owned, occupied, and/or had possession and control of the premises located at 7000 Crabapple Lane, Kansas City, Jackson County, Missouri 64129.  Defendant maintained that location as commercial real estate for the purpose of operating Eastwood Crossings as an apartment complex on said date, and before and since that date.    That Defendant Greystar may be served

by serving its registered agent, CT Corporation System located at 120 S. Central Avenue, Clayton, Missouri 63105.

5.      That this Court has jurisdiction over the Defendants in that Defendants conduct business in this State and have purposefully established minimum contacts within the State of Missouri in such manner and fashion as the exercise of personal jurisdiction over said Defendants comports with the due process requirements of the Missouri and United States Constitutions.

6.      That venue in this county is authorized pursuant to § 508.010, R.S.Mo., in that Plaintiff first sustained injury as a result of Defendants' negligence in this county.

7.      That on or about January 5, 2021, Plaintiff was lawfully on said premises as a business invitee.

8.      That as Plaintiff was leaving said premises on January 5, 2021, she began going down the stairs from the apartments and grabbed onto and held the handrail.  At that time, the handrail broke, came loose or otherwise failed, causing her to lose her balance and fall down the stairs resulting in personal injuries and presented a dangerous condition on the property the Defendants knew or could have known about.

## COUNT I – NEGLIGENCE AGAINST STONEWEG US, LLC

COMES NOW Plaintiff, Shurlonda Eason, and for Count I of her Petition for Damages against Defendant Stoneweg, sets forth, states, and avers as follows:

9.      Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 8 above as if fully stated herein.

10.      That as the owner and/or possessor of said premises and business, Defendant had a duty under Missouri law to exercise ordinary and reasonable care for the protection of Plaintiff

and other business invitees properly on the premises and to keep the premises reasonably safe for business invitees such as Plaintiff, and Defendant breached that duty.

11.     That Defendant, through its agents, servants and/or employees, knew or could have known of the defective, unsafe, and unreasonably dangerous condition of the premises and should have taken steps to inspect, warn and/or remedy the condition to prevent injury to Plaintiff and others similarly situated.  By breaching that duty and failing to take responsible steps and use ordinary care to prevent injury to Plaintiff, Defendant was negligent.

12.     That as a direct and proximate result of Defendant's negligence, Plaintiff sustained serious and debilitating injuries, including but not limited to her arm and head, together with pain and suffering, mental anguish, medical costs, and loss of enjoyment of life, said injuries being permanent, progressive, and continuous in nature.

13.     That as a further direct and proximate result of the negligence of Defendant, Plaintiff sustained medical bills, and is reasonably certain to suffer in the future additional such losses as well as ongoing pain and suffering.

WHEREFORE, Plaintiff prays for judgment on Count I against Defendant Stoneweg for an amount in excess of $25,000.00, together with all other costs and relief that the Court deems just and reasonable.

## COUNT II – NEGLIGENCE AGAINST VP MAPLE HILLS, LLC

COMES NOW Plaintiff, Shurlonda Eason, and for Count II of her Petition for Damages against Defendant Maple Hills, sets forth, states, and avers as follows:

14.     Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 13 above as if fully stated herein.

Electronically Filed - Jackson - Kansas City - July 29, 2022 - 09:26 AM

15.     That as the owner and/or possessor of said premises and business, Defendant had a duty under Missouri law to exercise ordinary and reasonable care for the protection of Plaintiff and other business invitees properly on the premises and to keep the premises reasonably safe for business invitees such as Plaintiff, and Defendant breached that duty.

16.     That Defendant, through its agents, servants and/or employees, knew or could have known of the defective, unsafe, and unreasonably dangerous condition of the premises and should have taken steps to inspect, warn and/or remedy the condition to prevent injury to Plaintiff and others similarly situated.  By failing to take responsible steps and use ordinary care to prevent injury to Plaintiff, Defendant was negligent.

17.     That as a direct and proximate result of Defendant's negligence, Plaintiff sustained serious and debilitating injuries, including but not limited to her arm and head, together with pain and suffering, mental anguish, medical costs, and loss of enjoyment of life, said injuries being permanent, progressive, and continuous in nature.

18.     That as a further direct and proximate result of the negligence of Defendant, Plaintiff sustained medical bills, and is reasonably certain to suffer in the future additional such losses as well as ongoing pain and suffering.

WHEREFORE, Plaintiff prays for judgment on Count II against Defendant Maple Hills for an amount in excess of $25,000.00, together with all other costs and relief that the Court deems just and reasonable.

## COUNT III – NEGLIGENCE AGAINST GREYSTAR MANAGEMENT SERVICES, LP

COMES NOW Plaintiff, Shurlonda Eason, and for Count III of her Petition for Damages against Defendant Greystar, sets forth, states, and avers as follows:

5

Electronically Filed - Jackson - Kansas City - July 29, 2022 - 09:26 AM

Electronically Filed - Jackson - Kansas City - July 29, 2022 - 09:26 AM

19.     Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 18 above as if fully stated herein.

20.     That as the owner and/or possessor of said premises and business, Defendant had a duty under Missouri law to exercise ordinary and reasonable care for the protection of Plaintiff and other business invitees properly on the premises and to keep the premises reasonably safe for business invitees such as Plaintiff, and Defendant breached that duty.

21.     That Defendant, through its agents, servants and/or employees, knew or could have known of the defective, unsafe, and unreasonably dangerous condition of the premises and should have taken steps to inspect, warn and/or remedy the condition to prevent injury to Plaintiff and others similarly situated.  By failing to take responsible steps and use ordinary care to prevent injury to Plaintiff, Defendant was negligent.

22.     That as a direct and proximate result of Defendant's negligence, Plaintiff sustained serious and debilitating injuries, including but not limited to her arm and head, together with pain and suffering, mental anguish, medical costs, and loss of enjoyment of life, said injuries being permanent, progressive, and continuous in nature.

23.     That as a further direct and proximate result of the negligence of Defendant, Plaintiff sustained medical bills, and is reasonably certain to suffer in the future additional such losses as well as ongoing pain and suffering.

WHEREFORE, Plaintiff prays for judgment on Count III against Defendant Greystar for an amount in excess of $25,000.00, together with all other costs and relief that the Court deems just and reasonable.

Electronically Filed - Jackson - Kansas City - July 29, 2022 - 09:26 AM

Respectfully submitted,

EDELMAN & THOMPSON, L.L.C.

By: _____/s/ Leah M. Mason_____
     LEAH M. MASON    MO Bar No. 40942
     3100 Broadway, Suite 1400
     Kansas City, Missouri 64111
     (816) 561-3400
     (816) 561-1664 - Facsimile
     lmason@etkclaw.com

     ATTORNEYS FOR PLAINTIFF

## CERTIFICATION UNDER RULE 55.03(A)

Pursuant to Rule 55.03(a), the undersigned certifies that she signed an original of this pleading and that an original of this pleading shall be maintained for a period of not less than the maximum allowable time to complete the appellate process.

_____/s/ Leah M. Mason_____
Attorney for Plaintiff

Electronically Filed - Jackson - Kansas City - July 29, 2022 - 09:26 AM

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY

| | |
|---|---|
| SHURLONDA EASON, ) | |
| 5220 Oak Leaf Drive, Apt. 12 ) | |
| Kansas City, Missouri 64129 ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. |
| vs. ) | |
| ) | Division No. |
| STONEWEG US, LLC d/b/a ) | |
| EASTWOOD CROSSINGS, ) | |
| **SERVE REGISTERED AGENT:** ) | |
| Cogency Global, Inc. ) | |
| 115 N. Calhoun Street, Suite 4 ) | |
| Tallahassee, Florida 32301 ) | |
| ) | |
| And ) | |
| ) | |
| VP MAPLE HILLS, LLC, ) | |
| **SERVE REGISTERED AGENT:** ) | |
| Cogency Global, Inc. ) | |
| 9666 Olive Blvd., Suite 690 ) | |
| St. Louis, Missouri 63132 ) | |
| ) | |
| And ) | |
| ) | |
| GREYSTAR MANAGEMENT SERVICES, LP, ) | |
| **SERVE REGISTERED AGENT:** ) | |
| C T Corporation System ) | |
| 120 S. Central Avenue ) | |
| Clayton, Missouri 63105 ) | |
| ) | |
| Defendants. ) | |

## **CERTIFICATE OF SERVICE**

COMES NOW Plaintiff, by and through her attorney of record, and hereby certifies that

Plaintiff's Opening Interrogatories to Defendant Stoneweg US, LLC, Plaintiff's First Request for

Production of Documents to Defendant Stoneweg US, LLC, Plaintiff's Opening Interrogatories

to Defendant VP Maple Hills, LLC, Plaintiff's First Request for Production of Documents to

1

EXHIBIT A

Defendant VP Maple Hills, LLC, Plaintiff's Opening Interrogatories to Defendant Greystar Management Services, LP and Plaintiff's First Request for Production of Documents to Defendant Greystar Management Services, LP were served simultaneously with Plaintiff's Petition.

Respectfully submitted,

EDELMAN & THOMPSON, L.L.C.

By: _____/s/ Leah M. Mason_____
Leah M. Mason     MO Bar No. 40942
3100 Broadway, Suite 1400
Kansas City, Missouri 64111
(816) 561-3400
(816) 561-1664 - Facsimile
lmason@etkclaw.com

ATTORNEYS FOR PLAINTIFF

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

**SHURLONDA EASON,**

               **PLAINTIFF(S),**            **CASE NO. 2216-CV17303**

**VS.**                                        **DIVISION 9**

 **STONEWEG US, LLC,**

                **DEFENDANT(S).**

## NOTICE OF CASE MANAGEMENT CONFERENCE FOR CIVIL CASE
## AND ORDER FOR MEDIATION
_____

      NOTICE IS HEREBY GIVEN that a Case Management Conference will be held with the Honorable **JOEL P FAHNESTOCK** on **05-DEC-2022** in **DIVISION 9** at **09:00 AM**. All Applications for Continuance of a Case Management Conference should be filed on or before Wednesday of the week prior to the case management setting. Applications for Continuance of a Case Management Conference shall comply with Supreme Court Rule and 16th Cir. R. 34.1. Continuance of a Case Management Conference will only be granted for good cause shown because it is the desire of the Court to meet with counsel and parties in all cases within the first 4 months that a case has been on file. All counsel and parties are directed to check Case.NET on the 16th Judicial Circuit web site at www.16thcircuit.org after filing an application for continuance to determine whether or not it has been granted.

      A lead attorney of record must be designated for each party as required by Local Rule 3.5.1. A separate pleading designating the lead attorney of record shall be filed by each party as described in Local Rule 3.5.2. The parties are advised that if they do not file a separate pleading designating lead counsel, even in situations where there is only one attorney representing the party, JIS will not be updated by civil records department, and copies of orders will be sent to the address currently shown in JIS. Civil Records does not update attorney information from answers or other pleadings. The Designation of Lead Attorney pleading shall contain the name of lead counsel, firm name, mailing address, phone number, FAX number and E-mail address of the attorney who is lead counsel.

      At the Case Management Conference, counsel should be prepared to address at least the following:

      a.      A trial setting;

      b.      Expert Witness Disclosure Cutoff Date;

      c.      A schedule for the orderly preparation of the case for trial;

      d.      Any issues which require input or action by the Court;

      e.      The status of settlement negotiations.

## MEDIATION

The parties are ordered to participate in mediation pursuant to Supreme Court Rule 17. Mediation shall be completed within 10 months after the date the case if filed for complex cases, and 6 months after the date the case is filed for other circuit cases, unless otherwise ordered by the Court. Each party shall personally appear at the mediation and participate in the process. In the event a party does not have the authority to enter into a settlement, then a representative of the entity that does have actual authority to enter into a settlement on behalf of the party shall also personally attend the mediations with the party.

The parties shall confer and select a mutually agreeable person to act as mediator in this case. If the parties are unable to agree on a mediator the court will appoint a mediator at the Case Management Conference.

Each party shall pay their respective pro-rata cost of the mediation directly to the mediator.

## POLICIES/PROCEDURES

Please refer to the Court's web page www.16thcircuit.org for division policies and procedural information listed by each judge.

**/S/ JOEL P FAHNESTOCK**
JOEL P FAHNESTOCK, **Circuit Judge**

### Certificate of Service

This is to certify that a copy of the foregoing was mailed postage pre-paid or hand delivered to the plaintiff with the delivery of the file-stamped copy of the petition. It is further certified that a copy of the foregoing will be served with the summons on each defendant named in this action.

Attorney for Plaintiff(s):
LEAH MARIE MASON, EDELMAN & THOMPSON LLC, 3100 BROADWAY, SUITE 1400, KANSAS CITY, MO 64111

Defendant(s):
 STONEWEG US, LLC
 VP MAPLE HILLS, LLC
 GREYSTAR MANAGEMENT SERVICES, LP

 Dated:  05-AUG-2022

MARY A. MARQUEZ
Court Administrator



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>JOEL P FAHNESTOCK | Case Number:  2216-CV17303 |
|---|---|
| Plaintiff/Petitioner:<br>SHURLONDA EASON<br><br><br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>LEAH MARIE MASON<br>EDELMAN & THOMPSON LLC<br>3100 BROADWAY<br>SUITE 1400<br>KANSAS CITY, MO  64111 |
| Defendant/Respondent:<br>STONEWEG US, LLC<br>DBA:  EASTWOOD CROSSINGS | Court Address:<br>415 E 12th<br>KANSAS CITY, MO  64106 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

 The State of Missouri to:  STONEWEG US, LLC
 Alias:
 DBA:  EASTWOOD CROSSINGS
REG AGT COGENCY GLOBAL, INC
115 N CALHOUN ST, SUITE 4
TALLAHASSEE, FL  32301

*COURT SEAL OF*

 You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

*JACKSON COUNTY*

 <u>05-AUG-2022</u>
 Date

 _____ Clerk

 Further Information:

### Officer's or Server's Affidavit of Service

 I certify that:
 1.   I am authorized to serve process in civil actions within the state or territory where the above summons was served.
 2.   My official title is _____ of _____ County, _____ (state).
 3.   I have served the above summons by:  (check one)
 ☐ delivering a copy of the summons and petition to the Defendant/Respondent.
 ☐ leaving a copy of the summons and petition at the dwelling place or usual abode of the defendant/respondent with _____ , a person at least 18 years of age residing therein.
 ☐ (for service on a corporation) delivering a copy of the summons and petition to _____ (name) _____ (title).
 ☐ other _____ .

 Served at _____ (address)
 in _____ County, _____ (state), on _____ (date) at _____ (time).

 _____         _____
 Printed Name of Sheriff or Server         Signature of Sheriff or Server

 **Subscribed and sworn to** me before this _____ (day) _____ (month) _____ (year)
 I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
  ☐ the judge of the court of which affiant is an officer.
 *(Seal)*  ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
  ☐ authorized to administer oaths.  (use for court-appointed server)

 _____
 Signature and Title

| Service Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ ( _____ miles @ $_____ per mile) |
| **Total** | $_____ |

 **See the following page for directions to officer making return on service of summons.**

## Directions to Officer Making Return on Service of Summons

A copy of the summons and petition must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and petition when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and petition and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and petition personally to the individual or by leaving a copy of the summons and petition at the individual's dwelling house or usual place of abode with some person at least 18 years of age residing therein, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly and in any event so that it will reach the Missouri Court within 30 days after service.

Case 4:22-cv-00590-DGK Document 1-1 Filed 09/14/22 Page 14 of 26

## SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.


Circuit Court of Jackson County

6/2020



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>JOEL P FAHNESTOCK | Case Number: 2216-CV17303 |
|---|---|
| Plaintiff/Petitioner:<br>SHURLONDA EASON | Plaintiff's/Petitioner's Attorney/Address<br>LEAH MARIE MASON<br>EDELMAN & THOMPSON LLC<br>3100 BROADWAY<br>SUITE 1400<br>KANSAS CITY, MO 64111 |
| vs. | |
| Defendant/Respondent:<br>STONEWEG US, LLC<br>DBA: EASTWOOD CROSSINGS | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: **VP MAPLE HILLS, LLC**
　　　　　　　　　　　　**Alias:**
**REG AGT COGENCY GLOBAL, INC**
**9666 OLIVE BLVD, STE. 690**
**ST. LOUIS, MO 63132**



*COURT SEAL OF*

*JACKSON COUNTY*

　　　　**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

　　05-AUG-2022　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　Date　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

Further Information:

---

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling place or usual abode of the defendant/respondent with ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ (name) ＿＿＿＿＿＿＿＿＿＿＿＿＿＿ (title).

☐ other ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿.

Served at ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ (address)

in ＿＿＿＿＿＿＿＿＿＿＿＿＿ (County/City of St. Louis), MO, on ＿＿＿＿＿＿＿ (date) at ＿＿＿＿＿ (time).

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　Printed Name of Sheriff or Server　　　　　　　　　　Signature of Sheriff or Server

*(Seal)*　　　**Must be sworn before a notary public if not served by an authorized officer:**

　　　　　Subscribed and sworn to before me on ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ (date).

　　　　　My commission expires: ＿＿＿＿＿＿＿＿＿＿＿＿　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Date　　　　　　　　　　　Notary Public

---

| **Sheriff's Fees** | |
|---|---|
| Summons | $＿＿＿＿＿＿＿ |
| Non Est | $＿＿＿＿＿＿＿ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $　　10.00 |
| Mileage | $＿＿＿＿＿＿＿ (＿＿ miles @ $.＿＿ per mile) |
| **Total** | $＿＿＿＿＿＿＿ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (11/2021) SM30 (JAKSMCC) For Court Use Only: Document Id # 22-SMCC-6664　1　of 1 (Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:22-cv-00590-DGK　Document 1-1　Filed 09/14/22　Page 16 of 26

# SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made. Thank you.


Circuit Court of Jackson County

6/2020



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>JOEL P FAHNESTOCK | Case Number:  2216-CV17303 |
|---|---|
| Plaintiff/Petitioner:<br>SHURLONDA EASON<br><br><br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>LEAH MARIE MASON<br>EDELMAN & THOMPSON LLC<br>3100 BROADWAY<br>SUITE 1400<br>KANSAS CITY, MO  64111 |
| Defendant/Respondent:<br>STONEWEG US, LLC<br>DBA:  EASTWOOD CROSSINGS | Court Address:<br>415 E 12th<br>KANSAS CITY, MO  64106 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  GREYSTAR MANAGEMENT SERVICES, LP
Alias:
**REG AGT: CT CORPORATION SYSTEM**
**120 S CENTRAL AVE**
**CLAYTON, MO  63105**



*COURT SEAL OF*

*JACKSON COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

<u>05-AUG-2022</u>
Date

_____
Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by:  (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling place or usual abode of the defendant/respondent with _____ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                                    Signature of Sheriff or Server

*(Seal)*           **Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
Date                                                          Notary Public

| Sheriff's Fees | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and petition must be served on **each** defendant/respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (11/2021) SM30 (JAKSMCC) For Court Use Only: Document Id # 22-SMCC-6665   1  of 1 Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:22-cv-00590-DGK   Document 1-1   Filed 09/14/22   Page 18 of 26

# SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org  →  Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.


Circuit Court of Jackson County

6/2020

EXHIBIT A

## RETURN OF SERVICE

**PARTY TO BE SERVED**
STONEWEG US LLC DBA EASTWOOD
CROSSINGS APARTMENTS
115 N CALHOUN STREET SUITE 4
TALLAHASSEE, FL

**ATTORNEY / PETITIONER**
EDELMAN AND THOMPSON, LLC
3100 BROADWAY SUITE 1400
KANSAS CITY, MO 64111

PLAINTIFF:     SHURLONDA EASON
  -VS-
DEFENDANT:    STONEWEG US LLC DBA EASTWOOD CROSSINGS

TYPE OF WRIT: SUMMONS, COMPLAINT

| | | | |
|---|---|---|---|
| COURT: | OUT OF STATE / | COURT DATE: | |
| CASE #: | 2216-CV17303 | COURT TIME: | |

Received the above-named writ on August 12, 2022, at 1:34 PM, and SERVED the same on the 15th day of August 2022, at 10:45 AM. Service was completed at 115 N CALHOUN STREET SUITE 4 TALLAHASSEE, FL in LEON County, Florida, as follows:

CORPORATE

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me to wit: <u>Ken Howell</u> as <u>registered agent</u> of the within named corporation according to Chapter 48.081 (3) and 48.091, Florida Statutes.

SERVICE COST: $0.00
C.R., CIVIL CLERK

WALT MCNEIL, SHERIFF
LEON COUNTY, FLORIDA

COURT:

COUNTY CLERK OF COURT

BY:_____
Process Server Mary Woodward, Badge #
1503

Electronically Filed - Jackson - Kansas City - August 22, 2022 - 09:49 AM

EXHIBIT A
# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JOEL P FAHNESTOCK | **Case Number: 2216-CV17303** |
| Plaintiff/Petitioner:<br>SHURLONDA EASON | Plaintiff's/Petitioner's Attorney/Address:<br>LEAH MARIE MASON<br>EDELMAN & THOMPSON LLC<br>3100 BROADWAY<br>SUITE 1400<br>KANSAS CITY, MO 64111 |
| **vs.** | |
| Defendant/Respondent:<br>STONEWEG US, LLC<br>DBA: EASTWOOD CROSSINGS | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Pers Injury-Other | |

(Date File Stamp)

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: STONEWEG US, LLC
    Alias:
    DBA: EASTWOOD CROSSINGS
REG AGT COGENCY GLOBAL, INC
115 N CALHOUN ST, SUITE 4
TALLAHASSEE, FL 32301

**COURT SEAL OF**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

05-AUG-2022
Date

Clerk

**JACKSON COUNTY**      Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and petition to the Defendant/Respondent.
   ☐ leaving a copy of the summons and petition at the dwelling place or usual abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.
   ☐ (for service on a corporation) delivering a copy of the summons and petition to _____ (name) _____ (title).
   ☐ other _____.
Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____      _____
Printed Name of Sheriff or Server      Signature of Sheriff or Server

**Subscribed and sworn to** me before this _____ (day) _____ (month) _____ (year)
I am: (check one)    ☐ the clerk of the court of which affiant is an officer.
                 ☐ the judge of the court of which affiant is an officer.
*(Seal)*             ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                 ☐ authorized to administer oaths. (use for court-appointed server)

_____
Signature and Title

**Service Fees, if applicable**
| | |
|---|---|
| Summons | $ _____ |
| Non Est | $ _____ |
| Mileage | $ _____ ( _____ miles @ $ _____ per mile) |
| **Total** | $ _____ |

See the following page for directions to officer making return on service of summons.

12 AUG 2022 12:07 RCVD

# Directions to Officer Making Return on Service of Summons

A copy of the summons and petition must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and petition when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and petition and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and petition personally to the individual or by leaving a copy of the summons and petition at the individual's dwelling house or usual place of abode with some person at least 18 years of age residing therein, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly and in any event so that it will reach the Missouri Court within 30 days after service.

Electronically Filed - Jackson - Kansas City - August 22, 2022 - 09:49 AM

*Keeurn* EXHIBIT A

# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

SB
9-4

| | |
|---|---|
| Judge or Division:<br>JOEL P FAHNESTOCK | **Case Number: 2216-CV17303** |
| Plaintiff/Petitioner:<br>SHURLONDA EASON | Plaintiff's/Petitioner's Attorney/Address<br>LEAH MARIE MASON<br>EDELMAN & THOMPSON LLC<br>3100 BROADWAY<br>SUITE 1400<br>KANSAS CITY, MO 64111 |
| | vs. |
| Defendant/Respondent:<br>STONEWEG US, LLC<br>DBA: EASTWOOD CROSSINGS | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: **GREYSTAR MANAGEMENT SERVICES, LP**
Alias:
REG AGT: CT CORPORATION SYSTEM
120 S CENTRAL AVE
CLAYTON, MO 63105

*COURT SEAL OF*

**CIRCUIT COURT OF MISSOURI**

**JACKSON COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

05-AUG-2022
Date

_____ Clerk

Further Information:

---

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above Summons by: (check one)
☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling place or usual abode of the defendant/respondent with _____ a person at least 18 years of age residing therein.
☑ (for service on a corporation) delivering a copy of the summons and petition to
_LCW-B. LOVE_ (name) _Intate specialist_ (title).
☐ other _____ (address).
Served at _CT CORP_
in _St Louis_ (County/City of St. Louis), MO, on _8-19-22_ (date) at _10 am_ (time).
_LEISINGER_
Printed Name of Sheriff or Server _____ Signature of Sheriff or Server

*(Seal)*

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

My commission expires: _____
Date _____ Notary Public

---

| Sheriff's Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

22-SMCC 6634

EXHIBIT A

Based on the Supreme Court Rules governing eFiling, an eService email has been issued to the following parties:

SERVICE PARTY:   LEAH MARIE MASON, Attorney for Plaintiff
SERVICE EMAIL:   lmason@etkclaw.com

173 *Return*

EXHIBIT A

## IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

SB 9-4

| | |
|---|---|
| Judge or Division:<br>JOEL P FAHNESTOCK | Case Number: 2216-CV17303 |
| Plaintiff/Petitioner:<br>SHURLONDA EASON | Plaintiff's/Petitioner's Attorney/Address<br>LEAH MARIE MASON<br>EDELMAN & THOMPSON LLC<br>3100 BROADWAY<br>SUITE 1400<br>vs. KANSAS CITY, MO 64111 |
| Defendant/Respondent:<br>STONEWEG US, LLC<br>DBA: EASTWOOD CROSSINGS | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

### Summons in Civil Case

**The State of Missouri to:** VP MAPLE HILLS, LLC

REG AGT COGENCY GLOBAL, INC
9666 OLIVE BLVD, STE. 690
ST. LOUIS, MO 63132

**Alias:** 13 Check plus

*COURT SEAL OF*

(seal) CIRCUIT COURT OF MISSOURI

*JACKSON COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

<u>05-AUG-2022</u>
Date                                         Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)
- [ ] delivering a copy of the summons and petition to the defendant/respondent.
- [ ] leaving a copy of the summons and petition at the dwelling place or usual abode of the defendant/respondent with _____ a person at least 18 years of age residing therein.
- [x] for service on a corporation) delivering a copy of the summons and petition to

Susan Faccaro (name) Admin Asst (title).

- [ ] other _____

Served at 9666 Olive Ste 690 (address)

in STL (County/City of St. Louis), MO, on 8.19.22 (date) at 0956 (time).

K Crocker                              K Crocker
Printed Name of Sheriff or Server          Signature of Sheriff or Server

(Seal)   **Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

My commission expires: _____
Date                              Notary Public

| Sheriff's Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (11/2021) SM30 (JASMCC) 22-CV-17303- Document ID # 22-SMCC-6664 1 of 1 Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:22-cv-00590-DGK Document 1-1 Filed 09/14/22 Page 25 of 26

22-SMCC-6635

EXHIBIT A

Based on the Supreme Court Rules governing eFiling, an eService email has been issued to the following parties:

SERVICE PARTY:   LEAH MARIE MASON, Attorney for Plaintiff
SERVICE EMAIL:   lmason@etkclaw.com

Electronically Filed - Jackson - Kansas City - August 23, 2022 - 12:32 PM